UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00065-MMD-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOLENE FRANCES ALECK, | |
| Defendant. | |

The Court's previous Order addresses competing motions essentially for the Court to inspect Bureau of Indian Affairs ("BIA") Special Agent Marla "Molly" Hernandez's ("Hernandez") file to determine whether the government should produce the file. (ECF No. 30.) The Court conducted that review and determined as follows: "The Court concludes that the materials in Hernandez's personnel file that were submitted to the Court for in camera review as found in (ECF Nos. 27 and 29) fall within the government's disclosure obligations and directs the government to produce the same to Defendant." (*Id.* at 6.) The Court did not invite or grant leave for the government to respond to its order to produce the file. Accordingly, the Court agrees with Defendant that the government's "response" is improper and will strike it.

It is therefore ordered that Defendant's motion to strike the government's response (ECF No. 33) is granted. The government's "response" (ECF No. 32) will be stricken.

It is further ordered that the government is directed to show cause as to why the Court should not unseal its July 20, 2017, Order within fifteen (15) days. Defendant will have fourteen (14) days to file a response.

DATED THIS 10th day of August 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE