STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
SHANNON M. BRYANT
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
shannon.bryant@usdoj.gov

Representing the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOLENE FRANCES ALECK,<br><br>                    Defendant. | Case No. 3:16-cr-00065-MMD-VPC<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND PROPOSED ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by Government motion, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby moves to dismiss the Superseding Indictment filed on October 11, 2017, against JOLENE FRANCES ALECK, Defendant herein. After having reviewed the Court's Order Denying Government's Motion for Reconsideration [Doc. No. 67] and the Amended Order [ECF 69], the Government consulted internally with Department of Justice personnel and has concluded it cannot proceed to trial and simultaneously remain in compliance with the Court's order to disclose the personnel files of a non-testifying BIA agent because it believes in good faith that those files are protected by provisions of the Privacy Act of 1974, 5 U.S.C. § 552a. Therefore, as the Government does not wish to run afoul of the

///

///

1  Court's orders, the Government moves to dismiss the Superseding Indictment without prejudice.

2  DATED this 27th day of October, 2017.

3  STEVEN W. MYHRE
   Acting United States Attorney

4

5  _/s/ Shannon M. Bryant_
   SHANNON M. BRYANT

6  Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

JOLENE FRANCES ALECK,

            Defendant.

Case No. 3:16-cr-00065-MMD-VPC

ORDER DISMISSING INDICTMENT

     The Court, having received and reviewed the Government's Motion to Dismiss Indictment, and pursuant to Fed.R.Crim.P. 48(a), does hereby grant the Motion.  The Indictment in the above-captioned matter previously filed on October 11, 2017, is hereby dismissed without prejudice.

Dated: _October 27, 2017_

_____
MIRANDA M. DU
DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury, that I am an employee in the Office of the United States Attorney for the District of Nevada and that pursuant to LCR 47-11, I caused to be electronically filed on this date, a true and correct copy of the **GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorneys of record set forth below:

> LAUREN GORMAN, Asst. FPD
> CHRISTOPHER FREY, Asst. FPD
> Office of Federal Public Defender
> 201 W. Liberty Street, Suite 102
> Reno, NV   89501
> lauren_gorman@fd.org
> chris_frey@fd.org

Dated this 27th day of October, 2017

By: */s/ Shannon M. Bryant*